**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

RANDOLPH JOHNSON,

        Plaintiff,

    v.

INVESTIGATOR JIMMY SIMMS;
INVESTIGATOR DARON TUTEN; and
SGT. HOLCHOME,

        Defendants.

CIVIL ACTION NO.: 6:16-cv-95

**O R D E R**

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 5), to which no Objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint and **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. The Court **AUTHORIZES** and **DIRECTS** the Clerk of Court to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 25th day of October, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA